# EXHIBIT D

DIV. G
JUDGE
ROBERT A. PITRE, JR.

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO. 667-057                                        DIVISION " "

BUSINESS CAPITAL RISK CONTROL SERVICES, L.L.C. and RESEARCH
SPECIALISTS, INC.

versus

EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC.
and TRANSUNION CORP.

FILED:_____                    _____
                                                    DEPUTY CLERK

### PETITION FOR DAMAGES AND WRIT OF MANDAMUS

NOW INTO COURT, through undersigned counsel, come BUSINESS CAPITAL RISK CONTROL SERVICES, L.L.C. ("BCRCS"), a Louisiana limited-liability company and RESEARCH SPECIALISTS, INC. ("RSI"), a Louisiana corporation, with respect, submit the following Petition for Damages and Writ of Mandamus as follows:

1.

Made defendant herein is TRANSUNION CORP., a foreign corporation not authorized by the Louisiana Secretary of State to conduct business in the State of Louisiana, with its principal place of business in Chicago, Illinois.

2.

Made defendant herein is EQUIFAX, INC., a foreign corporation authorized to do business in the State of Louisiana with its agent for service of process at The Prentice-Hall Corporation System, Inc., 320 Somerulos St., Baton Rouge, LA 70802-6129.

3.

Made defendant herein is EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation authorized to do business in the State of Louisiana with its agent for service of process, CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808.

4.

At all times relevant, BCRCS and RSI provided its clients with a single-source outlet for high-end domestic and international background investigations, including vetting. BCRCS customizes its reports for pre-equity investment, pre-debt funding evaluation, pre-executive hire and pre-business transactions. As part of its business services, Plaintiffs conduct background credit checks, character

reference checks and financial intelligence investigation for the purpose of assisting in evaluating the credit, character and financial condition of authorized individuals through "Consent Release Authorization" agreements.

6.

At all times relevant, TransUnion, Equifax and Experian Information Solutions, Inc., maintain credit reporting services from a database containing information providing more than 85,000 credit-granting institutions, and is updated, audited and monitored on a regular basis for current and comprehensive information. Said information is disseminated as per the Fair Credit Reporting Act.

7.

Since 1993, RSI and/or BCRCS has utilized the services of the Defendants to obtain accurate credit reporting information for its clients from credit-reporting services. Specifically, RSI and BCRCS have utilized said Defendants in obtaining or evaluating consumer credit information or other related information on consumers for the purposes of furnishing consumer reports to third parties regarding authorized individuals.

8.

Since 2007, RSI and BCRCS have been denied access to the credit reporting systems by TransUnion. Specifically, TransUnion has denied RSI and BCRCS from accessing credit information from the credit-reporting services. The denial by TransUnion of access to said credit-reporting information is without any justifiable cause. Further, the denial of access by TransUnion is encumbering Plaintiffs from performing its background and vetting services.

9.

Further, TransUnion's block on the consumer-reporting service was communicated to Experian Information Solutions, Inc. and to Equifax. Accordingly, both Experian and Equifax have denied BCRCS and RSI access to said consumer-reporting information. Again, the Defendants' denial of Plaintiffs' access to consumer-reporting information is without justifiable cause.

10.

On numerous occasions, via telephone and correspondence, Plaintiffs' representatives and attorneys have attempted to contact Defendants to effectuate the removal of the block and/or denial of BCRCS and RSI in accessing said information from the consumer-reporting service. However, said attempts were to no avail.

11.

Defendants' blocking or not allowing BCRCS and/or RSI to access credit-reporting services is without cause and irreparably harming the Plaintiffs' ability to conduct business.

12.

Plaintiffs seek an Order from this Honorable Court to allow BCRCS and RSI to be reinstated the authorized right to access Defendants' credit-reporting systems in the course and scope of Plaintiffs' business.

13.

Plaintiffs have the following cause of action against Defendants in the following particulars:

1. Tort liability pursuant to Article 2315;
2. Breach of contract;
3. Unfair Trade Practices Act - LSA-R.S. 51:1401 *et seq.*;
3. Other claims to be determined at trial.

14.

Plaintiffs have been damaged by Defendants' arbitrary and capricious denial of the credit-reporting systems by:

1. Loss of earning capacity of Plaintiffs' companies;
2. Loss of past and future revenue;
3. Damage to reputation;
4. Other damage to be determined at trial.

15.

Further, Plaintiffs respectfully request this Honorable Court to issue Injunctive Relief ordering Plaintiffs access to the credit-reporting agencies maintained by Defendants and removal of any and all blocks or encumbrances for allowing Plaintiffs to lawfully access consumer-reporting information from said credit-reporting agencies.

**WHEREFORE,** Plaintiffs, CAPITAL RISK CONTROL SERVICES, L.L.C. and RESEARCH SPECIALISTS, INC. pray that Defendant, TRANSUNION CORP. be served with a copy of this Petition for Damages filed herein as prepared by the Clerk of this Honorable Court and served upon Defendant by certified mail in accordance with the provisions of LSA-R.S. 13:3201, the Louisiana Long Arm Statute, and Defendants, EQUIFAX, INC. and EXPERIAN INFORMATION

SOLUTIONS, INC. be served with a copy of this Petition for Damages, and all Defendants be cited to appear and answer same, and that after all legal delays have elapsed and due proceedings had, there be a judgment rendered herein in favor of the Plaintiffs and against Defendants in a reasonable amount to be determined by this Honorable Court for the damages sustained by Plaintiffs, together with special damages, penalties, court costs, attorney's fees, together with legal interest thereon from date of judicial demand and for all general and equitable relief.

Respectfully submitted,

J. DOUGLAS SUNSERI (#19173)
SVETLANA "LANA" CROUCH (#29814)
PETER J. PEREZ, JR. (#31025)
NICAUD & SUNSERI, L.L.C.
A Group of Professional Law Corporations
3000 18th Street
Metairie, Louisiana 70002
Telephone: (504) 837-1304

Attorneys for Plaintiffs, CAPITAL RISK CONTROL SERVICES, L.L.C. and RESEARCH SPECIALISTS, INC.

TRANSUNION CORP.
through its agent for service of process:
TransUnion Corp.
**VIA LOUISIANA LONG ARM SERVICE**

**PLEASE SERVE:**

EQUIFAX, INC.
through its agent for service of process:
The Prentice-Hall Corporation System, Inc.
320 Somerulos St.
Baton Rouge, LA 70802-6129

EXPERIAN INFORMATION SOLUTIONS, INC.
through its agent for service of process:
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

IMAGED DEC 0 9 2008

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4066-2

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA


**DIV. G**
JUDGE
ROBERT A. PITRE, JR.

BUSINESS CAPITAL RISK CONTROL SERVICES,
L.L.C., AND RESEARCH SPECIALISTS, INC.
versus
EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANSUNION, CORP.

Case: 667-057   Div: "G"
P 1 BUSINESS CAPITAL RISK
CONTROL SERVICES LLC

To: TRANSUNION CORP
THRU IT'S AGENT FOR SERVICE OF PROCESS:
TRANSUNION CORP
VIA LOUISIANA LONG ARM STATUTE

LA Long Arm

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND WRIT OF MANDAMUS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY (30) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney J DOUGLAS SUNSERI and was issued by the Clerk Of Court on the 26th day of November, 2008.

_____
Suzanne T Murphy, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4066-2

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this ____ day of _____, ____.

SERVICE: $ _____   BY: _____
MILEAGE: $ _____   Deputy Sheriff
TOTAL: $ _____

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

**IMAGED** DEC 0 9 2008

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4065-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA



DIV. G
JUDGE
ROBERT A. PITRE, JR.

BUSINESS CAPITAL RISK CONTROL SERVICES,
L.L.C., AND RESEARCH SPECIALISTS, INC.
versus
EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANSUNION, CORP.

Case: 667-057   Div: "G"
P 1 BUSINESS CAPITAL RISK
CONTROL SERVICES LLC

To: EXPERIAN INFORMATION SOLUTIONS INC
THRU ITS AGENT FOR SERVICE OF PROCESS;
CT CORPORATION SYSTEM
5615 CORPORATE BLVD.
SUITE 400 B
BATON ROUGE, LA  70808

EBR CK # 18849  $ 52.48

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND WRIT OF MANDAMUS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney J DOUGLAS SUNSERI and was issued by the Clerk Of Court on the 26th day of November, 2008.

Suzanne T Murphy, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4065-4

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this _____ day of _____, _____.

SERVICE: $ _____
MILEAGE: $ _____
TOTAL: $ _____

BY: _____
Deputy Sheriff

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

IMAGED DEC 0 9 2008

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4064-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

**DIV. G**
**JUDGE**
**ROBERT A. PITRE, JR.**

BUSINESS CAPITAL RISK CONTROL SERVICES,
L.L.C.,AND RESEARCH SPECIALISTS, INC.
  versus
EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANSUNION, CORP.

Case: 667-057   Div: "G"
P 1 BUSINESS CAPITAL RISK
CONTROL SERVICES LLC

To: EQUIFAX INC
THRU ITS AGENT FOR SERVICE OF PROCESS;
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
320 SOMERULOS ST.
BATON ROUGE ,LA. 70802

EBR CK # 18849  $ 52.48

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND WRIT OF MANDAMUS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney J DOUGLAS SUNSERI and was issued by the Clerk Of Court on the 26th day of November, 2008.

Suzanne T Murphy, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4064-7

### SERVICE INFORMATION

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this _____ day of _____, _____.

SERVICE: $ _____   BY: _____
MILEAGE: $ _____        Deputy Sheriff
TOTAL: $ _____

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

**IMAGED DEC 0 9 2008**

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

# EXHIBIT E

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4064-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

**DIV. G**
JUDGE
ROBERT A. PITRE, JR.

BUSINESS CAPITAL RISK CONTROL SERVICES,
L.L.C., AND RESEARCH SPECIALISTS, INC.
versus
EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANSUNION, CORP.

Case: 667-057   Div: "G"
P 1 BUSINESS CAPITAL RISK
CONTROL SERVICES LLC

To: EQUIFAX INC
THRU ITS AGENT FOR SERVICE OF PROCESS;
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
320 SOMERULOS ST.
BATON ROUGE, LA. 70802

EBR CK # 18849  $ 52.48

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND WRIT OF MANDAMUS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney J DOUGLAS SUNSERI and was issued by the Clerk Of Court on the 26th day of November, 2008.

Suzanne T Murphy, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4064-7

**SERVICE INFORMATION**

Received on the __8__ day of __Dec__, __08__ and on the __8__ day of __Dec__, __08__ served the above named party as follows:

PERSONAL SERVICE on the party herein named __Prentice Hall Corp__.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this ___ day of _____.
SERVICE: $ _____   BY: _____ 1577
MILEAGE: $ _____   Deputy Sheriff
TOTAL: $ _____

RECEIVED DEC 0 5 2008 E.B.R. SHERIFF'S OFFICE

CB/
IMAGED DEC 1 7 2008

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4065-4

**DIV. G**
**JUDGE**
**ROBERT A. PITRE, JR.**

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

BUSINESS CAPITAL RISK CONTROL SERVICES,
L.L.C.,AND RESEARCH SPECIALISTS, INC.
versus
EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS,
INC., AND TRANSUNION, CORP.

Case: 667-057   Div: "G"
P 1 BUSINESS CAPITAL RISK
CONTROL SERVICES LLC

To: EXPERIAN INFORMATION SOLUTIONS INC
THRU ITS AGENT FOR SERVICE OF PROCESS;
CT CORPORATION SYSTEM
5615 CORPORATE BLVD.
SUITE 400 B
BATON ROUGE, LA   70808

EBR CK # 18849

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND WRIT OF MANDAMUS of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney J DOUGLAS SUNSERI and was issued by the Clerk Of Court on the 26th day of November, 2008.

Suzanne T Murphy, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

(101) Citation: ISSUE PETITION FOR DAMAGES AND WRIT OF MANDAMUS ;   081126-4065-4

**SERVICE INFORMATION**

Received on the _____ day of _____, _____ and on the _____ day of _____, _____ served the above named party as follows

PERSONAL SERVICE on the party herein named _____.

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in this parish in the hands of _____ a person of suitable age and discretion residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED: Parish of _____ this ____ day of _____

SERVICE: $ _____
MILEAGE: $ _____
TOTAL: $ _____

BY: _____
Deputy Sheriff

CBI
IMAGED DEC 1 7 2008

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON