UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BUSINESS CAPITAL RISK CONTROL SERVICES. L.L.C. and RESEARCH SPECIALISTS, INC. | CIVIL ACTION  NO.  09-023<br><br>SECT ION "S"   MAG  (1) |
| VERSUS | JUDGE LEMMON |
| EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and TRANSUNION CORP | MAG.  JUDGE SHUSHAN |

### ORDER OF DISMISSAL

Considering the above and foregoing Motion for Dismissal filed by Plaintiffs, BUSINESS CAPITAL RISK CONTROL SERVICES, L.L.C and RESEARCH SPECIALISTS, INC.:

**IT IS HEREBY ORDERED,** that Defendants, EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC. and TRANSUNION CORP. be and are hereby dismissed, without prejudice.

New Orleans, Louisiana, this __22nd__ day of _____January_____, 2009.

_____
UNITED STATES DISTRICT JUDGE